In the Matter of WILLIAM J. McAULIFFE, an Attorney.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVID M. OLTARSH, INC., Respondent, v. 123 WILLIAM STREET CORPORATION and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of CHARLES E. CHERRY, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAUDE SIMPSON, Respondent, v. WILLIAM UNANGST, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents and votes for reversal and a new trial.

MICHAEL DIGELORMO, as Administrator, etc., of GELARDO DIGELORMO, Deceased, Respondent, v. BENJAMIN I. WEIL and WATSON ELEVATOR COMPANY, Appellants, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SURREY INVESTORS, INC., Respondent, v. BEAUX ARTS SHADE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

UNITED PLUMBERS SUPPLY COMPANY, INC., Respondent, v. LEHIGH VALLEY RAILROAD COMPANY and THE LEHIGH VALLEY RAIL WAY COMPANY (Sued Herein as LEHIGH VALLEY RAIL WAY COMPANY), Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EDMOND WEIL, INC., Appellant, v. THE AMERICAN CREDIT INDEMNITY COMPANY OF NEW YORK, Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANNA CORBIN, Appellant, v. IRVING TRUST COMPANY, Formerly Known as IRVING BANK COLUMBIA TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SLAUGHTER W. HUFF and ROBERT C. LEE, as Receivers of the Property of the NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, etc., Appellants, v. " SAMUEL " D. DAVIS (Said First Name " Samuel " Being Fictitious, etc.) and MITCHELL BERNSTEIN, Respondents. Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LLOYD and Others, Appellants, Impleaded with Another, Defendant.— Judgment and orders affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EVA HANDEL, an Infant, by JOSEPH HANDEL, Her Guardian ad Litem, and JOSEPH HANDEL, Appellants, v. STEEPLECHASE AMUSEMENT Co., INC., Respondent. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CAROLINE WECHSLER, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.